# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALICE GARRETT

VERSUS

DEPARTMENT OF CHILDREN AND
FAMILY SERVICES, MARLSTONE
PROPERTIES, LLC, AND STATE
OF LOUISIANA OFFICE OF RISK
MANAGEMENT

NO.  2020 CW 1090

DECEMBER 8, 2020

---

In Re:   The State of Louisiana, through the Department of
Children and Family Services, applying for supervisory
writs, 22nd Judicial District Court, Parish of St.
Tammany, No. 2019-16269.

---

**BEFORE:   HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.**

**MRT**
**EW**

**Higginbotham, J.**, dissents and would grant the writ.  I
would reverse the portion of the trial court's October 2, 2020
judgment denying the exception of insufficiency of service of
process filed by the State of Louisiana, through the Department
of Children and Family Services.  Plaintiff, Alice Garrett,
failed to show good cause for not requesting service on Marketa
Garner Walters as the secretary of the Department of Children
and Family Services within ninety days of the commencement of
this action.  La. R.S. 13:5107; **Dominick v. Grambling State
University by and Through Board of Supervisors for University of
Louisiana**, 2019-1402 (La. App. 1st Cir. 7/24/20), ___ So.3d ___,
2020 WL 4250826, *4.  Accordingly, I would grant the exception
of insufficiency of service of process and dismiss the
plaintiff's claims against the State of Louisiana, through the
Department of Children and Family Services, without prejudice
pursuant to La. R.S. 13:5107(D)(2).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT